

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00081-CV

_____

IN RE JOHN DOGGETT, M.D., INDEPENDENT EXECUTOR OF THE
ESTATE OF JERRY LLOYD DOGGETT

Original Mandamus Proceeding

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

John Doggett, M.D., Independent Executor of the Estate of Jerry Lloyd Doggett, has filed a petition for writ of mandamus asking this Court to order the Honorable Janice Stone, sitting as the County Court of Law of Cherokee County, to vacate the trial court's order, which he contends is void.

Section 22.221 of the Texas Government Code provides that "[e]ach court of appeals for a court of appeals district may issue all writs of mandamus, agreeable to the principles of law regulating those writs, against: . . . (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district." *See* TEX. GOV'T CODE ANN. § 22.221(b)(1) (Supp.). The County Court at Law of Cherokee County is not located within our district. TEX. GOV'T CODE ANN. § 22.201(g) (Supp.). It is located within the district of the Tyler Court of Appeals. *See* TEX. GOV'T CODE ANN. § 22.201(m) (Supp.). Although Doggett's underlying civil appeal was transferred to this Court pursuant to the Texas Supreme Court's docket equalization order, such transfer does not confer jurisdiction on this Court in a separate original proceeding. *See In re Davis*, 87 S.W.3d 794, 795 (Tex. App.— Texarkana 2002, orig. proceeding).

We, therefore, dismiss the petition for writ of mandamus for want of jurisdiction.


Josh R. Morriss III
Chief Justice

Date Submitted:        August 29, 2019
Date Decided:         August 30, 2019